## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| JIM R. RAMSEY | : | CASE NO: 16-62188 |
| JENNIFER L. RAMSEY | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MODIFICATION OF CHAPTER 13 PLAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Now comes the Standing Chapter 13 Trustee, Dynele L. Schinker-Kuharich**, and pursuant to 11 U.S.C., Section 1329 (a)(1) modifies the Debtor's Chapter 13 Plan as follows:

The dividend being paid to general unsecured creditors will increase from 19.76% to 24.08%. All other terms of the confirmed plan, including the commitment period and the amount of the plan payment, remain unchanged.

/s/Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, OH 44702

# **CERTIFICATE OF SERVICE**

I certify that on March 26, 2019, a true and correct copy of the MODIFICATION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

RYAN J GERACE, on behalf of JIM R. and JENNIFER L. RAMSEY, at RJGerace@gmail.com

And by regular U.S. Mail, postage prepaid, on:

JIM R. and JENNIFER L. RAMSEY
1417 ROWLAND AVENUE, NE
CANTON, OH 44705

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, Ohio 44702
330-455-2222

# NOTICE OF MODIFICATION OF PLAN

**DYNELE L. SCHINKER-KUHARICH, the Standing Chapter 13 Trustee,** has filed papers with the Court to have this bankruptcy case modified.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify this bankruptcy case, or if you want the court to consider your views on the modification, then on or before **APRIL 16, 2019**, you or your attorney must file with the Court an objection to the modification at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Dynele L. Schinker-Kuharich, Chapter 13 Trustee
> 200 Market Avenue North, Suite LL30
> Canton, Ohio 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter an order granting that relief.

Date: March 26, 2019

/S/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, OH 44702