IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| JIM R. RAMSEY | : | CASE NO. 16-62188 |
| JENNIFER L. RAMSEY | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MOTION TO LIMIT NOTICE |

**************************************************************************

Now comes the Chapter 13 Trustee, **Dynele L. Schinker-Kuharich,** and moves this Court to limit notice to the Debtor(s) and the Debtor(s)' Attorney for the Modification the Trustee filed on March 26, 2019 due to the Creditors not being adversely affected.

**THEREFORE,** the Trustee respectfully requests that the Court grant the Trustee's Motion.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I certify that on March 26, 2019, a true and correct copy of the MOTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

RYAN J GERACE, on behalf of JIM R. and JENNIFER L. RAMSEY, at RJGerace@gmail.com

And by regular U.S. Mail, postage prepaid, on:

JIM R. and JENNIFER L. RAMSEY
1417 ROWLAND AVENUE, NE
CANTON, OH 44705

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee
200 Market Avenue North, Suite LL30
Canton, Ohio 44702
330-455-2222